Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs/Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with<br>Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn<br>Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | |
| ■ Affects All Debtors | |
| Debtor(s). | |
| | Adversary No.: 26-01075-mkn |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company, | Hearing Date: **OST REQUESTED**<br>Hearing Time: **OST REQUESTED** |
| Plaintiffs, | **PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]** |
| v. | |

- 1 -

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

Velocity Esports, Inc., a Nevada corporation (the "Holding Company"), Velocity Esports Las Vegas Town Square, LLC ("Velocity LV"), Velocity Esports Chicago Schaumburg, LLC ("Velocity Chicago"), Velocity Esports Newport Kentucky, LLC ("Velocity Newport"), and Velocity Esports Orlando Downtown, LLC ("Velocity Orlando") (collectively, the "Debtors" or "Plaintiffs"), debtors and debtors in possession in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), by and through their counsel of record, Nevada Bankruptcy Attorneys, LLC, hereby submit *Plaintiffs' Ex Parte Application for Order Shortening Time* (the "Application") *for Hearing on Plaintiffs' Emergency Motion for Preliminary Injunction and Related Relief Preserving Court-Supervised Plan-Support Funding Under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7065, and Fed. R. Civ. P. 65 [ECF No. 3]* (the "Motion").

This Application is filed pursuant to the Court's *Order Granting Plaintiffs' Emergency Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Related Relief Preserving Court-Supervised Plan-Support Funding Under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7065, and Fed. R. Civ. P. 65* [ECF No. 19] (the "TRO Order"). The TRO Order provides that the temporary restraining order (the "TRO") shall expire on Monday, June 22, 2026, at 5:00 p.m. Pacific Time, unless extended by further order of this Court, by consent of Orange, or as otherwise permitted by applicable rule. The TRO Order further provides that Plaintiffs and Orange shall confer promptly regarding a proposed date and procedures for hearing Plaintiffs' request for preliminary-injunction relief before expiration of the TRO, and that Plaintiffs

may seek an order shortening time or other appropriate scheduling relief if the parties are unable to agree on an appropriate schedule.

Plaintiffs and Orange have conferred regarding the preliminary-injunction hearing date and procedures. Plaintiffs understand that June 18, 2026, works for the parties as a hearing date. Plaintiffs submit this Application to obtain a scheduling order in the format customarily used by this Court and to avoid procedural delay before expiration of the TRO.

## I.    RELIEF REQUESTED

Plaintiffs request entry of an order shortening time setting the preliminary-injunction portion of the Motion for a hearing on June 18, 2026, at such time as the Court may set.

Plaintiffs further request that the Court establish the following briefing schedule, unless the Court prefers different deadlines:

1. Any opposition to the preliminary-injunction relief requested in the Motion shall be filed and served no later than June 16, 2026, at 5:00 p.m. Pacific Time.

2. Any reply in support of the preliminary-injunction relief requested in the Motion shall be filed and served no later than June 17, 2026, at 5:00 p.m. Pacific Time.

3. Plaintiffs shall serve any order granting this Application and any notice of hearing by the most expeditious means reasonably available.

## II.    CAUSE EXISTS TO SHORTEN TIME UNDER LOCAL RULE 9006

Cause exists to shorten time because the TRO Order expires on Monday, June 22, 2026, at 5:00 p.m. Pacific Time, unless extended. The TRO Order expressly contemplates that Plaintiffs and Orange will confer regarding a preliminary-injunction hearing before expiration of the TRO and permits Plaintiffs to seek order-shortening-time relief or other scheduling relief.

A hearing on June 18, 2026, will allow the Court to hear and determine, or otherwise schedule and manage, the preliminary-injunction request before the TRO expires. The relief requested in this Application will no longer be necessary after June 22, 2026, at 5:00 p.m. Pacific Time, because that is when the TRO expires absent further order, agreement, or other relief permitted by applicable rule.

Shortening time will not prejudice Orange. The parties have conferred, Plaintiffs understand that June 18, 2026, works for the parties, and the Motion has already been fully presented to the Court for

purposes of temporary restraining order relief. This Application seeks only scheduling relief. It does not seek entry of additional substantive injunctive relief without a hearing.

**III.    NOTICE**

Upon the Court's entry of an order approving this Application, Plaintiffs will serve notice of the hearing, the Motion, the Verified Complaint, supporting declarations, this Application, and any order granting this Application by the most expeditious means reasonably available, including email where available, upon: (i) the Office of the United States Trustee for the District of Nevada; (ii) Orange and/or Orange's counsel; (iii) Merrill and/or Merrill's counsel, if known; (iv) Bank of America and/or Bank of America's counsel, if known; and (v) such other parties as required by the Bankruptcy Code, Bankruptcy Rules, Local Rules, or further order of this Court.

**IV.    CONCLUSION**

For the foregoing reasons, Plaintiffs respectfully request that the Court enter an Order Shortening Time for Plaintiffs' Emergency Motion for Preliminary Injunction and Related Relief Preserving Court-Supervised Plan-Support Funding Under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7065, and Fed. R. Civ. P. 65 [ECF No. 3], for hearing on June 18, 2026, establishing opposition and reply deadlines, approving the form and manner of notice, and granting such other and further relief as the Court deems just and proper.

Respectfully submitted on June 10, 2026.

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228