Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors/Plaintiffs*

### UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-12627-mkn |
| VELOCITY ESPORTS, INC., | Jointly Administered with Case No. 25-12628-mkn |
| ☐ Affects Velocity Esports, Inc. | Case No. 25-12629-mkn |
| ☐ Affects Velocity Esports Las Vegas Town Square, LLC | Case No. 25-12630-mkn |
| ☐ Affects Velocity Esports Chicago Schaumburg, LLC | Case No. 25-12631-mkn |
| ☐ Affects Velocity Esports Newport Kentucky, LLC | Chapter 11 |
| ☐ Affects Velocity Esports Orlando Downtown, LLC | |
| ■ Affects All Debtors | |
| Debtor(s). | |
| | Adversary No.: 26-01075-mkn |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company, | **ATTORNEY INFORMATION SHEET FOR PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' REQUEST FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]** |
| Plaintiffs, | |
| v. | |

- 1 -

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

As required by the Court and LR 9006, I have contacted, or attempted to contact, the parties listed below regarding the attached *Plaintiffs' Ex Parte Application for Order Shortening Time* (the "Application") *for Hearing on Plaintiffs' Emergency Motion for Preliminary Injunction and Related Relief Preserving Court-Supervised Plan-Support Funding Under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7065, and Fed. R. Civ. P. 65 [ECF No. 3]*. Their agreement or disagreement with shortened time is indicated below.

I estimate the hearing will take approximately thirty minutes. Pursuant to the Court's Order Granting Plaintiffs' Emergency Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Related Relief Preserving Court-Supervised Plan-Support Funding [ECF No. 19], the temporary restraining order expires on June 22, 2026, at 5:00 p.m. Pacific Time. Plaintiffs respectfully request that the preliminary-injunction portion of the Motion [ECF No. 3] be heard on June 18, 2026, at such time as the Court may set. The relief requested in the Application will no longer be necessary after June 22, 2026, at 5:00 p.m. Pacific Time, absent further order, agreement, or other relief permitted by applicable rule.

/ / /

| Party Contacted | Date Contacted | Method Contacted | Agree to OST |
|---|---|---|---|
| Justin Valencia, *Trial Attorney for Tracy Hope Davis, Acting United States Trustee-Region 17* *Office of the United States Trustee* | 06/10/2026 | Email: justin.c.valencia@usdoj.gov USTPRegion17.lv.ecf@usdoj.gov | No response |
| Josh M. Rubens, Esq. KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L. Maurice Verstandig, Esq. VERSTANDIG LAW FIRM *Attorneys for Defendant, 434 N. Orange Investment, LLC* | 06/10/2026 | Email: jrubens@klugerkaplan.com mac@mbvesq.com | No response |
| Jason R. Bowyer, Esq. MCGUIREWOODS *Attorneys for Nominal Defendant Merrill Lynch, Pierce, Fenner & Smith Incorporated* in the Florida Litigation | 06/10/2026 | Email: jbowyer@mcguirewoods.com flaservice@mcguirewoods.com | No response |

| | | | |
|---|---|---|---|
| Ana Diaz Noa, Esq.; Joseph A. Noa, Jr., Esq.; Michael A. Noa, Esq.<br><br>THE NOA LAW FIRM, P.A.<br><br>*Attorneys for Bank of America N.A.* in the Florida Litigation | 06/10/2026 | Email:<br><br>e-service@noalawfirm.com | No response |

Dated: June 12, 2026

By: /s/ *Matthew Knepper, Esq.*
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for Plaintiffs/Debtors*

- 4 -