_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 12, 2026
_____

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Debtors/Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11<br><br>Adversary No.: 26-01075-mkn<br><br>**Hearing Date: June 18, 2026**<br>**Hearing Time: 1:30 p.m.**<br><br>**Toll-Free Conference #: (833) 435-1820**<br>**Meeting ID: 161 062 2560 #**<br>**Passcode:    029066#** |

- 1 -

VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,

Plaintiffs,

v.

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

**ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]**

Upon the Plaintiffs' **EX PARTE APPLICATION FOR ORDER SHORTENING TIME** (the "Application") **FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT**

**FUNDING UNDER 11 U.S.C. § 105(A), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]** (the "Motion") in the above-titled adversary proceeding; and good cause appearing:

**IT IS HEREBY ORDERED** that the time for hearing on the **PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(A), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]** is set for hearing on  **June 18** , **2026,** at  **1: 30 p.m.**. Pacific Time, before the Honorable Mike K. Nakagawa, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Nevada;

**IT IS FURTHER ORDERED** that Any opposition to the Motion shall be filed and served by  June 16, 2026, at  3:00 p.m. Pacific Time.  Any reply shall be filed and served by  June 17 , 2026, at  5:00 p.m. Pacific Time. If the Court sets a hearing less than three (3) business days after entry of this Order, written opposition is not required unless otherwise ordered, and opposition may be presented orally at the hearing;

**IT IS FURTHER ORDERED** that Plaintiffs shall serve this Order, the Motion, and any other papers filed in support of the Application and Motion by the most expeditious means reasonably available, including email where available, upon: (a) Orange and/or Orange's counsel; (b) Merrill and/or Merrill's counsel, if known; (c) Bank of America and/or Bank of America's counsel, if known; (d) the Office of the United States Trustee for the District of Nevada; and (e) any other party required by the Bankruptcy Code, Bankruptcy Rules, Local Rules, or further order of this Court. Service shall be completed no later than  June 16, 2026, at  12:00 p.m. Pacific Time, and Plaintiffs shall file a certificate of service promptly thereafter;

/ / /

- 3 -

**IT IS SO ORDERED.**

DATED this 10th day of June, 2026.

Submitted by:

By: /s/ Matthew Knepper, Esq.
Matthew Knepper, Esq.
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for Debtor/Plaintiff*

###