Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs/Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtor(s).

VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,

Plaintiffs,

v.

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

Adversary No.: 26-01075-mkn

Hearing Date:  **June 18, 2026**
Hearing Time: **1:30 p.m.**

Toll-Free Conference #: **(833) 435-1820**
Meeting ID: **161 062 2560 #**
Passcode: **029066#**

434 N. ORANGE INVESTMENT, LLC, a
Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, solely as nominal
garnishee and stakeholder defendant for
purposes of notice and implementation of
injunctive relief,

Nominal Defendant.

**NOTICE OF HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]**

**TO:    ALL INTERESTED PARTIES, CREDITORS, AND TRUSTEES**

**THE COURT**, the Plaintiffs, the Office of the United States Trustee, and all creditors and parties in interest are hereby notified of a hearing on the PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3].

**TAKE FURTHER NOTICE** that all parties, including the Office of the United States Trustee, who object to the PLAINTIFFS' EMERGENCY MOTION FOR  PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3] must oppose in writing

by **June 16, 2026** at **3:00 p.m. (PST)**.  Any reply shall be filed and served by **June 17, 2026** at **5:00 p.m. (PST)**.

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.

You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and,

- The court may *rule against you* without formally calling the matter at the hearing.

If an objection is not timely raised, an order granting the aforementioned motion and request for relief may be granted. LR 9014(a)(1).

**TAKE FURTHER NOTICE** that the hearing on the Motion will be held before United States Bankruptcy Judge Mike K. Nakagawa, in the Foley Federal Building, 300 Las Vegas Blvd South, Las Vegas, NV 89101, on **June 18, 2026,** at **1:30 p.m.,** via the Court's telephonic hearing participation procedure (available on the Court's website at https://www.nvb.uscourts.gov/news-rss/announcements/2020/0319-court-hearingparticipation). Telephone: (833) 435-1820, Meeting ID 161 062 2560 Passcode 029066#.

Respectfully submitted on June 12, 2026.

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for Debtors/Plaintiffs*