Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs/Debtors*

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v. | Adversary No.: 26-01075-mkn<br><br>Hearing Date: **June 18, 2026**<br>Hearing Time: **1:30 p.m.**<br><br>Toll-free conference line: **(833) 435-1820**<br>Meeting ID: **161 062 2560#**<br>Passcode: **029066#** |

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

**CERTIFICATE OF SERVICE RE: ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]**

I, Lucille Chiusano, hereby certify I caused copies of the *ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON PLAINTIFFS' EMERGENCY MOTION FOR PRELIMINARY INJUNCTION AND RELATED RELIEF PRESERVING COURT-SUPERVISED PLAN-SUPPORT FUNDING UNDER 11 U.S.C. § 105(a), FED. R. BANKR. P. 7065, AND FED. R. CIV. P. 65 [ECF NO. 3]*, and *Notice of Hearing* to be served on June 12, 2026, as specified below:

/ / /

/ / /

**Parties in this matter were served the above related documents as follows:**

| | |
|---|---|
| **Electronic service (email):** | Justin C. Valencia, US Trustee (through ECF System) |
| | KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.<br>Attn: Josh M. Rubens, Esq.<br>jrubens@klugerkaplan.com |
| | VERSTANDIG LAW FIRM<br>Maurice Verstandig, Esq. |
| | MCGUIREWOODS<br>Attn: Jason R. Bowyer, Esq.<br>jbowyer@mcguirewoods.com<br>flaservice@mcguirewoods.com |
| | THE NOA LAW FIRM, P.A.<br>Attn: Ana Diaz Noa, Esq.; Joseph A. Noa, Jr., Esq.; Michael A. Noa, Esq.<br>e-service@noalawfirm.com |

DATED June 12, 2026

I declare under penalty of perjury the foregoing is true and correct.

By: /s/ *Matthew Knepper, Esq.*
Lucille Chiusano
An Employee of Nevada Bankruptcy Attorneys, LLC
NEVADA BANKRUPTCY ATTORNEYS, LLC

*Attorneys for Plaintiffs/Debtors*