Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Brenden J. Gougeon, Esq.
Nevada Bar No. 16874
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 660-4228
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
Email: bgougeon@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs/Debtors*

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs, | Adversary No.: 26-01075-mkn<br><br><br>**SECOND STIPULATION TO (I) CONTINUE HEARING ON PLAINTIFFS' MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; AND (II) TEMPORARILY STAY CERTAIN PROCEEDINGS AND COLLECTION ACTIVITY**<br><br><br>Hearing Date: **July 6, 2026**<br>Hearing Time: **1:30 p.m.** |

- 1 -

v.

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

Plaintiffs Velocity Esports, Inc., Velocity Esports Las Vegas Town Square, LLC, Velocity Esports Chicago Schaumburg, LLC, Velocity Esports Newport Kentucky, LLC, and Velocity Esports Orlando Downtown, LLC (collectively, the "Plaintiffs" or the "Debtors"), by and through their counsel of record, and Defendant 434 N. Orange Investment, LLC ("Orange"), by and through its counsel of record, hereby stipulate and agree as follows (the "Stipulation"):

## I.    RECITALS

A.    On May 29, 2026, Plaintiffs filed their Motion for Entry of Temporary Restraining Order and Preliminary Injunction Under 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 7065 [ECF No. 2 and ECF No. 3] (the "TRO/PI Motion").

B.    The TRO/PI Motion concerns, among other things, Orange's efforts to enforce and collect upon default judgments entered in *434 N. Orange Investment, LLC v. Leonard Wanger and Philip Kaplan*, Case No. 2025-CA-003002-O, pending in the Circuit Court of the Ninth Judicial Circuit in and for Orange County, Florida, Circuit Civil Division (the "Florida Litigation").

C.    On June 5, 2026, the Court heard the fully briefed oral arguments on Plaintiffs' Motion for Temporary Restraining Order and entered its Order Granting the Motion and setting the temporary injunctive relief to run on June 22, 2026, unless, among other things, extended by further order of this Court or by consent of the Orange.  [ECF No. 19].

D.  On June 12, 2026, the Court entered its Order shortening time and set hearing on Plaintiffs' Motion for Preliminary Injunction to be heard on June 18, 2026, at 1:30 p.m.  [ECF No. 24].

E.  On June 12, 2026, Plaintiffs and Orange met and conferred about the prospects of potential settlement of the matter and agreed to extend the Court's temporary restraining order by an additional fourteen (14) days, to allow the parties to explore settlement of the above-captioned action.

F.  On June 17, 2026, the Court entered a stipulated order continuing the temporary restraining order by an additional fourteen (14) days and to continue the hearing on Plaintiffs' Motion for Preliminary Injunction currently set for hearing on July 6, 2026.  [ECF No. 28].

G.  The parties have continued their settlement discussions and have agreed to extend the Court's temporary restraining order by an additional fourteen (14) days, to allow the parties to continue exploring settlement of the above-captioned action.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, subject to approval of the Court, as follows:

1.  The temporary injunctive relief entered under this Court's June 17, 2026, Order [ECF No. 28] shall be extended 14 days from July 6, 2026, to July 20, 2026.

2.  The hearing on Plaintiff's Motion is continued to July 20, 2026, or the last available hearing date prior to July 20, 2026.

3.  By entering into this Stipulation, no party waives any merits argument, jurisdictional argument, evidentiary objection, or other right except as expressly set forth herein.

4.  The Parties shall file their respective opposition and reply briefs to the Motion for Preliminary Injunction on the schedule set forth by the Court in the Order approving this Stipulation.

5.  This Stipulation is entered into solely to preserve the status quo and avoid immediate motion practice. It does not constitute an admission by any party or non-party of any fact, liability, claim, defense, or legal position.

6.  If any party or participating non-party materially breaches this Stipulation, the non-breaching party may seek appropriate relief from this Court on shortened time, including termination or modification of the relief provided herein.

- 4 -

7.      This Stipulation shall become effective only upon entry of an order by this Court approving it.

IT IS SO STIPULATED.

DATED: June 25, 2026

| NEVADA BANKRUPTCY ATTORNEYS, LLC | THE VERSTANDIG LAW FIRM, LLC |
|---|---|
| By: /s/ *Matthew I. Knepper, Esq.*<br>Matthew I. Knepper, Esq.<br>Brenden J. Gougeon, Esq.<br>*Attorneys for Plaintiffs/Debtors* | By: /s/ *Maurice Verstandig, Esq.*<br>Maurice Verstandig, Esq.<br>*Attorneys for Defendant*<br>*434 N. Orange Investment, LLC* |