_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
June 26, 2026
_____

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEVADA

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas
   Town Square, LLC
☐ Affects Velocity Esports Chicago
   Schaumburg, LLC
☐ Affects Velocity Esports Newport
   Kentucky, LLC
☐ Affects Velocity Esports Orlando
   Downtown, LLC
■ Affects All Debtors

Debtor(s).

VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

Adversary No.: 26-01075-mkn

**ORDER APPROVING SECOND STIPULATION TO (I) CONTINUE HEARING ON PLAINTIFFS' MOTION FOR ENTRY OF TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION; AND (II) TEMPORARILY STAY CERTAIN PROCEEDINGS AND COLLECTION ACTIVITY**

Hearing Date: **July 6, 2026**
Hearing Time: **1:30 p.m.**

**New Hearing Date:  July 15, 2026**
**New Hearing Time:  3:00 p.m.**

- 2 -

Plaintiffs,

v.

434 N. ORANGE INVESTMENT, LLC, a
Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER &
SMITH INCORPORATED, solely as nominal
garnishee and stakeholder defendant for
purposes of notice and implementation of
injunctive relief,

Nominal Defendant.

The Court, having reviewed the Second Stipulation to (I) Continue Hearing on Plaintiffs' Motion for Entry of Temporary Restraining Order and Preliminary Injunction; and (II) Temporarily Stay Certain Proceedings and Collection Activity (the "Stipulation"), and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that the temporary injunctive relief entered under this Court's June 5, 2026, Order [ECF No. 19] shall be extended 14 days from July 6, 2026, to July 20, 2026;

**IT IS FURTHER ORDERED** that the hearing on Plaintiffs' Motion for Entry of Temporary Restraining Order and Preliminary Injunction [ECF No. 3] is continued to July 15, 2026 at 3:00 p.m.;

**IT IS FURTHER ORDERED** that Defendant's Opposition shall be filed no later than July 9, 2026;

**IT IS FURTHER ORDERED** that Plaintiffs' reply in support shall be filed no later than July 14, 2026;

**IT IS FURTHER ORDERED** that the hearing on the Motion set currently for July 6, 2026, at 1:30 p.m. is **VACATED**;

**IT IS FURTHER ORDERED** that, except for implementation of the Stipulation, the filing of supplemental briefing, and the continued hearing on the Motion for Preliminary Injunction, proceedings in

- 3 -

- 4 -

this adversary proceeding are stayed through the continued hearing date, including but not limited to the deadline for Orange to respond to the complaint filed by the Plaintiffs in the adversary proceeding;

**IT IS FURTHER ORDERED** that the Stipulation and this Order do not constitute an admission by any party or non-party of any fact, liability, claim, defense, or legal position, and all rights are reserved except as expressly provided therein.

**IT IS SO ORDERED.**

Respectfully submitted on June 25, 2026, by:

NEVADA BANKRUPTCY ATTORNEYS, LLC

*/s/ Matthew I. Knepper, Esq.*
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
5502 S. Fort Apache Rd., Suite 200
Las Vegas, Nevada 89148
Telephone: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com

*Attorneys for Plaintiffs/Debtors*

Approved by:

THE VERSTANDIG LAW FIRM, LLC

*/s/ Maurice Verstandig, Esq.*
Maurice Verstandig, Esq.
1452 W. Horizon Ridge Pkwy, #665
Henderson, NV 89012
301-444-4600
Email: mac@mbvesq.com

*Attorneys for Defendant 434 N. Orange Investment, LLC*

- 4 -