MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 805-16595
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com

*Attorneys for Plaintiffs/Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,

Plaintiffs,

v.

Adversary No.: 26-01075-mkn

Hearing Date: September 15, 2026
Hearing Time: 9:30 a.m.

| | |
|---|---|
| Phone number: | **(833) 435-1820** |
| Meeting ID: | **161 062 2560** |
| Meeting Passcode: | **029066#** |

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

**NOTICE OF HEARING ON PLAINTIFFS' SUPPLEMENTAL MOTION TO APPROVE AND IMPLEMENT LEONARD R. WANGER'S BINDING IRREVOCABLE PLANSUPPORT CONTRIBUTION; TO AUTHORIZE SPECIFIED DIRECT DISBURSEMENTS FROM RESTRICTED MERRILL LYNCH AND BANK OF AMERICA FUNDS; AND FOR RELATED RELIEF**

**TO: ALL INTERESTED PARTIES, CREDITORS, AND TRUSTEES**

**THE COURT**, the Debtors, the Office of the United States Trustee, and all creditors and parties in interest are hereby notified of a hearing on the PLAINTIFFS' SUPPLEMENTAL MOTION TO APPROVE AND IMPLEMENT LEONARD R. WANGER'S BINDING IRREVOCABLE PLAN SUPPORT CONTRIBUTION; TO AUTHORIZE SPECIFIED DIRECT DISBURSEMENTS FROM RESTRICTED MERRILL LYNCH AND BANK OF AMERICA FUNDS; AND FOR RELATED RELIEF ("Motion").

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held before a U.S. Bankruptcy Judge at the time and place specified in the caption to this document. This hearing may be continued from time to time without further notice to you.

**NOTICE IS FURTHER GIVEN** that a copy of the Motion may be obtained from either: (i) the Bankruptcy Clerk located on the Fourth Floor of the Foley Federal Building, 300 Las Vegas Boulevard South Las Vegas, Nevada 89101; or (ii) by contacting the Debtor's counsel at either (702) 848-3855 or by email at mknepper@nvbankruptcyattorneys.com.

**NOTICE IS FURTHER GIVEN** that any party who objects to the PLAINTIFFS' SUPPLEMENTAL MOTION TO APPROVE AND IMPLEMENT LEONARD R. WANGER'S BINDING IRREVOCABLE PLAN SUPPORT CONTRIBUTION; TO AUTHORIZE SPECIFIED DIRECT DISBURSEMENTS FROM RESTRICTED MERRILL LYNCH AND BANK OF AMERICA FUNDS; AND FOR RELATED RELIEF must file a written objection pursuant to Local Rule 9014(d)(1):

> Oppositions to a motion must be filed and service must be completed on the movant no later than 14 days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of LR 9014(c).

If an objection is not timely filed and served, an order the aforementioned motion and request for relief may be granted. LR 9014(a)(1)..

Respectfully submitted on August 18, 2026.

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
*Attorney for Plaintiffs/Debtors*