Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 805-1659
Fax: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com

*Attorneys for Plaintiffs/Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>VELOCITY ESPORTS, INC.,<br><br>☐ Affects Velocity Esports, Inc.<br>☐ Affects Velocity Esports Las Vegas Town Square, LLC<br>☐ Affects Velocity Esports Chicago Schaumburg, LLC<br>☐ Affects Velocity Esports Newport Kentucky, LLC<br>☐ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors<br><br>Debtor(s). | Case No.: 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company; | Adversary No.: 26-01075-mkn<br><br>Hearing Date: **September 15, 2026**<br>Hearing Time: **9:30 a.m.**<br><br>Toll-free conference line: **(833) 435-1820**<br>Meeting ID: **161 062 2560#**<br>Passcode: **029066#** |

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

**CERTIFICATE OF SERVICE RE: PLAINTIFFS' SUPPLEMENTAL MOTION TO APPROVE AND IMPLEMENT LEONARD R. WANGER'S BINDING IRREVOCABLE PLANSUPPORT CONTRIBUTION; TO AUTHORIZE SPECIFIED DIRECT DISBURSEMENTS FROM RESTRICTED MERRILL LYNCH AND BANK OF AMERICA FUNDS; AND FOR RELATED RELIEF [ECF NO. 41]**

I, Lucille Chiusano, hereby certify I caused copies of the *PLAINTIFFS' SUPPLEMENTAL MOTION TO APPROVE AND IMPLEMENT LEONARD R. WANGER'S BINDING IRREVOCABLE PLANSUPPORT CONTRIBUTION; TO AUTHORIZE SPECIFIED DIRECT DISBURSEMENTS FROM RESTRICTED MERRILL LYNCH AND BANK OF AMERICA FUNDS; AND FOR RELATED RELIEF [ECF NO. 41]*, and *Notice of Hearing* to be served on August 18, 2026, as specified below:

/ / /

**Parties in this matter were served the above related documents as follows:**

| | |
|---|---|
| **Electronic service (email):** | Justin C. Valencia, US Trustee (through ECF System)<br><br>KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.<br>Attn: Josh M. Rubens, Esq.<br>jrubens@klugerkaplan.com<br><br>VERSTANDIG LAW FIRM<br>Maurice Verstandig, Esq.<br><br>MCGUIREWOODS<br>Attn: Jason R. Bowyer, Esq.<br>jbowyer@mcguirewoods.com<br>flaservice@mcguirewoods.com<br><br>THE NOA LAW FIRM, P.A.<br>Attn: Ana Diaz Noa, Esq.; Joseph A. Noa, Jr., Esq.; Michael A. Noa, Esq.<br>e-service@noalawfirm.com |
| **Via U.S. Mail** | Merrill Lynch, Pierce, Fenner & Smith Incorporated<br>c/o C T Corporation System - Registered Agent<br>1200 South Pine Island Road, Suite 250<br>Plantation, FL 33324-4459 |

DATED August 18, 2026

I declare under penalty of perjury the foregoing is true and correct.

By: /s/ *Lucille Chiusano*
Paralegal to Matthew Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC

*Attorneys for Plaintiffs/Debtors*