Honorable Mike K. Nakagawa
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtor(s).

Case No.: 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

Adversary No.: 26-01075-mkn

VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,

Plaintiffs,

**ORDER CONTINUING AND EXTENDING TEMPORARY RESTRAINING ORDER; CONTINUING MOTION FOR PRELIMINARY INJUNCTION [ADV. DKT 3]; SETTING SUPPLEMENTAL FUNDING MOTION [ADV. DKT 41] FOR HEARING; AUTHORIZING DISCOVERY; AND PRESERVING EXISTING CONFIRMATION DEADLINES**

Hearing Date: August 12, 2026
Hearing Time: 11:00 a.m.

v.

434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;

Defendant,

and

MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,

Nominal Defendant.

The Court considered Plaintiffs' pending Motion for Preliminary Injunction [Adv. Dkt 3], the existing Temporary Restraining Order entered [Adv. Dkt 19] and the orders extending it, the record in this adversary proceeding and the jointly administered Chapter 11 cases, and the arguments presented at the August 12, 2026 hearing. The Court also considered the procedural treatment of Plaintiffs' supplemental funding motion [Adv. Dkt 41] (the "Supplemental Funding Motion"). Good cause appearing,

**IT IS ORDERED** that Plaintiffs' Motion for Preliminary Injunction [Adv. Dkt. 3] is continued for hearing on September 15, 2026 at 9:30 a.m.

**IT IS FURTHER ORDERED** that the Temporary Restraining Order entered at Adv. Dkt. 19, as extended by the Court's subsequent orders (collectively, the "TRO"), is continued and extended without modification and on the same terms. The TRO shall remain in full force and effect through the conclusion of the combined hearing on final approval of the Disclosure Statement and confirmation of the Plan scheduled for September 15, 2026, unless earlier modified by further order of this Court;

**IT IS FURTHER ORDERED** that the Supplemental Funding Motion [Adv. Dkt. 41] is set for hearing on September 15, 2026, at 9:30 a.m.;

**IT IS FURTHER ORDERED** that The Supplemental Funding Motion shall proceed as a contested matter. Discovery is available to the parties concerning the Supplemental Funding Motion under Federal

Rule of Bankruptcy Procedure 9014(c) and the discovery rules incorporated therein, subject to all applicable rules, privileges, protections, and further orders of the Court. Nothing in this Order predetermines the scope, proportionality, admissibility, or merits of any discovery request, objection, testimony, or other evidence;

**IT IS FURTHER ORDERED** that Any opposition or objection to the Supplemental Funding Motion shall be filed and served no later than fourteen (14) days before the hearing, which is September 1, 2026. Any reply in support of the Supplemental Funding Motion shall be filed and served no later than seven (7) days before the hearing, which is September 8, 2026;

**IT IS FURTHER ORDERED** that If Plaintiffs file and serve a notice of hearing sufficiently early to provide the ordinary twenty-eight (28) days' notice of the September 15, 2026 hearing, no request for an order shortening time is required. If Plaintiffs cannot timely provide the ordinary twenty-eight (28) days' notice, Plaintiffs may file a request for an order shortening time;

**IT IS FURTHER ORDERED** that Promptly after entry of this Order, Plaintiffs shall file and serve a separate notice of hearing on the Supplemental Funding Motion stating the September 15, 2026 hearing date and 9:30 a.m. hearing time, the opposition and reply deadlines stated above, and the applicable appearance information.

**IT IS FURTHER ORDERED** that except for setting the Preliminary Injunction and Supplemental Funding Motions for hearing and extending the TRO as stated above, this Order does not alter any deadline or hearing established by the Court's July 10, 2026 conditional-approval order entered at Main Case ECF No. 297. The existing schedule remains as follows:

(a) August 19, 2026 remains the deadline for Plan ballots and for objections to confirmation of the Plan or final approval of the Disclosure Statement;

(b) August 24, 2026 remains the deadline to file the ballot tabulation;

(c) September 8, 2026 remains the deadline for replies to objections concerning confirmation of the Plan or final approval of the Disclosure Statement; and

//

//

//

(d) September 15, 2026 at 9:30 a.m. remains the date and time of the combined hearing on final approval of the Disclosure Statement and confirmation of the Plan;

**IT IS SO ORDERED.**

Respectfully submitted on August 18, 2026.

*/s/ Matthew I. Knepper, Esq.*
Matthew I. Knepper, Esq.
Nevada Bar No. 12796
NEVADA BANKRUPTCY ATTORNEYS, LLC
5502 S. Fort Apache Rd., Suite 200
Las Vegas, NV 89148-7700
Phone: (702) 805-1659
Fax: (702) 660-4228

**LOCAL RULE 9021 CERTIFICATION**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement of approval under Local Rule 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Maurice Verstandig, Esq. (Counsel for Defendant 434 N. Orange Investment, LLC): Approved

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to Local Rule 9014(g), and that no party has objected to the form or content of the order.