UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| IN RE: VELOCITY ESPORTS, INC. et al<br><br>VELOCITY ESPORTS, INC. et al,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC et al | CASE NO: 25-12627<br><br>ADVERSARY CASE NO: 26-01075<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11<br><br>ECF Docket Reference No. Dkt. 41 |

On 8/19/2026, I did cause a copy of the following documents, described below,

Plaintiffs' Supplemental Motion to Approve and Implement Leonard R. Wanger's Binding Irrevocable Plan Support Contribution; To Authorize Specified Direct Disbursements from Restricted Merrill Lynch and Bank of America Funds; and for Related Relief ECF Docket Reference No. Dkt. 41

Omnibus Declaration of Leonard R. Wanger In Support of Plaintiffs' Supplemental Motion ECF Docket Reference No. Dkt. 42

Declaration of Matthew Knepper In Support of Plaintiffs' Supplemental Motion ECF Docket Reference No. Dkt. 43

Notice of Hearing ECF Docket Reference No. Dkt. 44

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, a Administrative Office of the United States Bankruptcy Courts, Approved Notice Provider. A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

DATED: 8/19/2026

/s/ Matthew Knepper, Esq.
Matthew Knepper, Esq. 12796
Attorney for DebtorNevada Bankruptcy Attorneys LLC
5940 S. Rainbow Blvd., Suite 400, PMB 99721
Las Vegas, NV 89118
702 660 4228

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

IN RE: VELOCITY ESPORTS, INC. et al

VELOCITY ESPORTS, INC. et al,

v.

434 N. ORANGE INVESTMENT, LLC et al

CASE NO: 25-12627

ADVERSARY CASE NO: 26-01075

**CERTIFICATE OF SERVICE**

Chapter: 11
ECF Docket Reference No. Dkt. 41

On 8/19/2026, a copy of the following documents, described below,
Plaintiffs' Supplemental Motion to Approve and Implement Leonard R. Wanger's Binding Irrevocable Plan Support Contribution; To Authorize Specified Direct Disbursements from Restricted Merrill Lynch and Bank of America Funds; and for Related Relief ECF Docket Reference No. Dkt. 41

Omnibus Declaration of Leonard R. Wanger In Support of Plaintiffs' Supplemental Motion ECF Docket Reference No. Dkt. 42

Declaration of Matthew Knepper In Support of Plaintiffs' Supplemental Motion ECF Docket Reference No. Dkt. 43

Notice of Hearing ECF Docket Reference No. Dkt. 44

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/19/2026

Victoria Blake

/s/ Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Matthew Knepper, Esq.
Nevada Bankruptcy Attorneys LLC
5940 S. Rainbow Blvd., Suite 400, PMB 99721
Las Vegas, NV 89118

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

FIRST CLASS

MERRILL LYNCH, PIERCE, FENNER & SMITH
INCORPORATED
C/O REGISTERED AGENT, C T CORPORATION SYSTEM
1200 SOUTH PINE ISLAND ROAD, SUITE 250
PLANTATION FL 33224-4459