Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company; | Adv. No. 26-01075-mkn<br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending |

| | |
|---|---|
| Defendant, | ) |
| and | ) |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief, | ) |
| Nominal Defendant. | ) |

**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**
**FOR A HEARING ON MOTION FOR RELIEF FROM FINAL ORDER**

Comes now the 434 N. Orange Investment, LLC ("434 N. Orange" or the "Defendant"), by and through undersigned counsel, pursuant to Local Rule 9006, and moves to shorten the time to respond to the *Motion for Relief from Final Order* (the "Motion") and for a hearing thereupon, and in support thereof states as follows:

As noted in the Motion, this Honorable Court has entered an order furnishing relief broader than that prayed for in an underlying motion. In short, the debtors have asked for—and been granted through execution of an order—relief beyond that sought in their motion, with the order essentially commandeering monies otherwise being held for the benefit of 434 N. Orange. This creates self-evident procedural and substantive issues and has, in turn, invited the filing of the Motion, seeking relief from the at-issue order.

A hearing in this matter is set for Tuesday, September 29, 2026. *See* ECF No. 49. The order from which relief is sought requires actions be undertaken within five business days of the issuance thereof. *See* Order, ECF No. 51, at 2:21-27. The order was entered on September 23, 2026. *Id.* The forthcoming hearing date is accordingly within five business days and can be utilized to timely address the Motion.

It is sensible to take the Motion up at the forthcoming hearing. Such will allow for timely adjudication thereof, without prejudicing either party's appellate rights. Such will also permit for the making of a motion for a stay pending appeal, at the hearing, should the Motion not be granted and should 434 N. Orange not be relieved of complying with the at-issue order.

This motion is supported by the declaration of Maurice VerStandig, appended hereto as Exhibit A. The attorney information sheet required by Local Rule 9006(a) is appended hereto as Exhibit B. A proposed order, as required by Local Rule 9006(b), is appended hereto as Exhibit C.

Dated: September 24, 2026 Respectfully submitted

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2026, the foregoing brief was filed using the CM/ECF system, which served a NEF on all parties receiving such service in this case.

/s/ Maurice B. VerStandig
Maurice B. VerStandig