**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;<br><br>Defendant,<br><br>and<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief, | Adv. No. 26-01075-mkn |

Nominal Defendant. )
)
____________________________________)

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING <u>TIME FOR A HEARING ON MOTION FOR RELIEF FROM FINAL ORDER</u>**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Agree | Disagree |
|---|---|---|---|
| Matthew Knepper | 9/24/26 | X | |

Comments:

Date: September 24, 2026

<u>/s/ Maurice B. VerStandig</u>
Submitted By