Matthew I. Knepper, Esq.
Nevada Bar No. 12796
**NEVADA BANKRUPTCY ATTORNEYS, LLC**
5940 S. Rainbow Blvd., Suite 400, PMB 99721
Las Vegas, Nevada 89118
Telephone: (702) 660-4228
Email: mknepper@nvbankruptcyattorneys.com
*Attorneys for Plaintiffs*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

In re

VELOCITY ESPORTS, INC.,

☐ Affects Velocity Esports, Inc.
☐ Affects Velocity Esports Las Vegas Town Square, LLC
☐ Affects Velocity Esports Chicago Schaumburg, LLC
☐ Affects Velocity Esports Newport Kentucky, LLC
☐ Affects Velocity Esports Orlando Downtown, LLC
■ Affects All Debtors

Debtor(s).

Case No. 25-12627-mkn

Jointly Administered with
Case No. 25-12628-mkn
Case No. 25-12629-mkn
Case No. 25-12630-mkn
Case No. 25-12631-mkn

Chapter 11

**OMNIBUS DECLARATION OF MATTHEW I. KNEPPER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO ORANGE'S MOTION FOR RELIEF FROM FINAL ORDER AND PLAINTIFFS' SUPPLEMENTAL REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

Adversary No.: 26-01075-mkn

Hearing Date: September 29, 2026
Hearing Time: 9:30 a.m.

VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,

| |
|---|
| Plaintiffs,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;<br><br>Defendant,<br><br>and<br><br>MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief,<br><br>Nominal Defendant. |

I, Matthew I. Knepper, declare as follows:

1. I am over the age of eighteen, and competent to testify if called to do so. I am counsel for Plaintiffs and have personal knowledge of the email correspondence attached as **Exhibit A** because I sent or received the messages. Exhibit A is a true and correct excerpt of my September 18 and 24, 2026 emails with Merrill's counsel. On September 18, Heather Britton Chaney emailed a tracked proposed order, calling it "Merrill's edits." On September 24, I replied that I accepted her edits except that Orange's Notice of Dissolution deadline was five, rather than seven, business days after entry.

2. Attached hereto as **Exhibit B** is a true and correct copy of the tracked proposed order attached to Ms. Chaney's September 18 email, which I received. It directs Orange to file a Notice of Dissolution of the Florida writ within seven days after entry "so that Merrill may effectuate the payment as set forth herein." It measures Merrill's liquidation and wire periods from the later of order entry or Orange's filing of the notice. I changed the proposed dissolution deadline to five business days in the order submitted for entry.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 25, 2026

s/ *Matthew I. Knepper*