Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600 / E-mail: mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| 434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;<br><br>Appellant,<br><br>v.<br><br>VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Appellees. | Adv. No. 26-01075-mkn |

**NOTICE OF APPEAL**

Comes now the 434 N. Orange Investment, LLC ("434 N. Orange" or the "Defendant"), by and through undersigned counsel, pursuant to Federal Rules of Bankruptcy Procedure 8002(a)(2) and 8003(a)(3), and hereby gives notice of its appeal of the above-captioned matter to the United States Bankruptcy Appellate Panel for the Ninth Circuit from the orders of the United States Bankruptcy Court for the District of Nevada orally announced in this case on September 29, 2026, and more specifically notes the aforesaid orders to be those (i) granting a preliminary injunction to the plaintiffs herein; and (ii) denying a motion for relief from a prior order.

The parties to the orders from which this appeal is taken, and the names and addresses of their respective attorneys, are as follows:

| | |
|---|---|
| Appellant: 434 N. Orange Investment, LLC | Attorney: Maurice VerStandig<br>The VerStandig Law Firm<br>1452 W. Horizon Ridge Pkwy<br>#665<br>Henderson, Nevada 89012<br>(301) 444-4600<br>mac@mbvesq.com |
| Appellees: Velocity Esports Inc.;<br>Velocity Esports Las Vegas Town Square, LLC;<br>Velocity Esports Chicago Schaumburg, LLC;<br>Velocity Esports Newport Kentucky, LLC; and<br>Velocity Esports Orlando Downtown, LLC | Attorney: Matthew Knepper<br>Nevada Bankruptcy Attorneys, LLC<br>5940 S. Rainbow Blvd., Suite 400<br>PMB 99721<br>Las Vegas, Nevada 89118<br>(702) 660-4228<br>mknepper@nvbankruptcyattorneys.com |

Pursuant to 9th Cir. BAP R. 8003-1, copies of the orders from which this appeal is taken will be transmitted upon entry.

/

/

Dated: October 1, 2026

Respectfully submitted

/s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, the foregoing notice of appeal was filed using the CM/ECF system, which served a NEF on all parties receiving such service in this case.

/s/ Maurice B. VerStandig
Maurice B. VerStandig