Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N.*
*Orange Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company; | Adv. No. 26-01075-mkn<br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending |

| | |
|---|---|
| Defendant, | ) |
| and | ) |
| MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief, | ) |
| Nominal Defendant. | ) |

**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME**
**FOR A HEARING ON MOTION FOR STAY PENDING APPEAL**

Comes now the 434 N. Orange Investment, LLC ("434 N. Orange" or the "Defendant"), by and through undersigned counsel, pursuant to Local Rule 9006, and moves to shorten the time to respond to the *Motion Stay Pending Appeal* (the "Motion"), ECF No. 62, and for a hearing thereupon, and in support thereof states as follows:

As discussed at the hearing in which an injunction was entered in this matter, material prejudice risks accrual if a stay is not implemented pending appeal. It appears the monies being transferred to the debtors' counsel are among the last—if not truly the last—monies held by the debtors and/or their principals. The funds at issue were previously concealed and were identified—and subjected to garnishment—by 434 N. Orange. With the injunction soon-to-be in place (the appeal has been filed pending docketing of the formal order, *see* Fed. R. Bankr. P. 8002(a)(2)), these funds risk being lost.

It is traditional for a motion seeking a stay pending appeal to be heard on an expedited timeline where, as here, potentially-irreparable harm will come to pass absent the entry of such a stay. And, for the reasons elaborated upon in the Motion, such a stay is now sought and such irreparable harm is now risked.

It is sensible to take the Motion up as soon as practicable, so as to allow for consideration of a measure aimed at staunching the accrual of prejudice to 434 N. Orange while an appeal pends. And 434 N. Orange thusly respectfully asks a hearing be held on October 2 or 5, at such time as this Honorable Court may deem convenient.

This motion is supported by the declaration of Maurice VerStandig, appended hereto as Exhibit A. The attorney information sheet required by Local Rule 9006(a) is appended hereto as Exhibit B. A proposed order, as required by Local Rule 9006(b), is appended hereto as Exhibit C.

Dated: October 1, 2026 Respectfully submitted

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 1, 2026, the foregoing brief was filed using the CM/ECF system, which served a NEF on all parties receiving such service in this case.

/s/ Maurice B. VerStandig
Maurice B. VerStandig