**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | ) | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>434 N. ORANGE INVESTMENT, LLC, a | ) | Adv. No. 26-01075-mkn<br><br>Hearing Date:<br>Hearing Time: |

Delaware limited liability company; )
)
Defendant, )
)
and )
)
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, solely as nominal garnishee and stakeholder defendant for purposes of notice and implementation of injunctive relief, )
)
Nominal Defendant. )
______________________________________)

**ORDER GRANTING EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR A HEARING ON MOTION FOR STAY PENDING APPEAL**

Upon consideration of the *Ex Parte Application for an Order Shortening Time for a Hearing on Motion for Stay Pending Appeal* (the "Application"), the declaration appended thereto, the attorney information sheet appended thereto, the record herein, and governing law, it is, by the United States Bankruptcy Court for the District of Nevada, hereby:

ORDERED, that a hearing on the *Motion for Stay Pending Appeal* (the "Motion"), filed by 434 N. Orange Investment, LLC shall be held at the date and time herein indicated, via teleconference; and it is further

ORDERED, that any opposition to the Motion may be orally presented at the hearing thereupon; and it is further

ORDERED, that this order shall be deemed served when docketed on CM/ECF, with there being no requirement for further service hereof given that the relief solely impacts this adversary proceeding.

**IT IS SO ORDERED**.