United States Bankruptcy Court
District of Nevada

VELOCITY ESPORTS, INC., A NEVADA CORPORA,
Plaintiff

Adv. Proc. No. 26-01075-mkn

434 N. ORANGE INVESTMENT, LLC, A DELAWAR,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Oct 06, 2026 Form ID: apatform Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: jared.a.day@usdoj.gov | Oct 07 2026 02:36:39 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 08, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS INC., A NEVADA CORPORATION mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS ORLANDO DOWNTOWN LLC, A FLORIDA LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | |

| | |
|---|---|
| | on behalf of Plaintiff VELOCITY ESPORTS NEWPORT KENTUCKY LLC, A KENTUCKY LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS CHICAGO SCHAUMBURG LLC, AN ILLINOIS LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS LAS VEGAS TOWN SQUARE LLC, A NEVADA LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MAURICE VERSTANDIG | on behalf of Defendant 434 N. ORANGE INVESTMENT LLC, A DELAWARE LIMITED LIABILITY COMPANY mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 6

NVB 8010–6 (Rev. 7/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

VELOCITY ESPORTS, INC. (LEAD CASE),
Debtor(s)

BK–25–12627–mkn
CHAPTER 11

Adversary Proceeding: 26–01075–mkn

VELOCITY ESPORTS, INC., A NEVADA CORPORATION
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, A NEVADA LIMITED LIABILITY COMPANY
VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY
VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, A KENTUCKY LIMITED LIABILITY COMPANY
VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, A FLORIDA LIMITED LIABILITY COMPANY
Plaintiff(s)

vs

434 N. ORANGE INVESTMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SOLEY AS NOMINAL GARNISHEE AND STAKEHOLDER DEFENDANT FOR PURPOSES OF NOTICE AND IMPLEMENTATION OF INJUNCTIVE RELIEF
Defendant(s)

Appeal Reference Number: 26–32

TRANSMITTAL FORM TO BANKRUPTCY APPELLATE PANEL

OFFICE NUMBER 0978/2

435 N. ORANGE INVESTMENT, LLC
Appellant(s)

vs

VELOCITY ESPORTS INC et al
Appellee(s)

To: Bankruptcy Appellate Panel
125 South Grand Avenue, Pasadena, CA 91105

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | N/A |
| Bankruptcy Judge | MIKE K. NAKAGAWA |
| Date Notice of Appeal Filed | 10/1/26 |

| | |
|---|---|
| Date of Entry of Order Appealed | 10/2/26 |
| Date Adversary Filed | 5/29/26 |
| Other | |

Dated: 10/6/26

Dan Owens
Dan Owens
Clerk of Court