Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600 / E-mail: mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| 434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;<br><br>Appellant,<br><br>v.<br><br>VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Appellees. | Adv. No. 26-01075-mkn<br><br>BAP No. NV-26-1234 |

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL**

Comes now 434 N. Orange Investment, LLC ("434 N. Orange" or the "Appellant"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8009, and provides as follows:

**Statement of Issues to be Presented on Appeal**

1. Whether the bankruptcy court erred in not vacating an order granting relief materially broader than that sought in an underlying, unopposed motion.

**Designation of Record on Appeal**

| Item Number | Docket Entry | Date | Title |
|---|---|---|---|
| 1 | 1 | May 29, 2026 | Verified Adversary Complaint |
| 2 | 3 | May 29, 2026 | Plaintiffs' Emergency Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Related Relief Preserving Court-Supervised Plan-Support Funding Under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7065, and Fed. R. Civ. P. 65 |
| 3 | 37 | July 23, 2026 | Opposition to Motion for Injunctive Relief |
| 4 | 38 | August 5, 2026 | Plaintiffs' Reply in Support of Motion for Preliminary Injunction |
| 5 | 41 | August 7, 2026 | Plaintiffs' Supplemental Motion to Approve and Implement Leonard R. Wanger's Binding Irrevocable Plan Support Contribution; to Authorized Specified Direct Disbursements from Restricted Merrill Lynch and Bank of America Funds; and for Related Relief |

| | | | |
|---|---|---|---|
| 6 | 51 | September 23, 2026 | Order Granting Supplemental Funding Motion and Directing Transfer of Restricted Merrill Lynch Funds |
| 7 | 52 | September 24, 2026 | Motion for Relief from Final order |
| 8 | 55 | September 25, 2026 | Plaintiffs' Opposition to Orange's Motion for Relief from Final order |
| 9 | 56 | September 25, 2026 | Plaintiffs' Supplemental Reply in Support of Motion for Preliminary Injunction |
| 10 | 60 | October 1, 2026 | Notice of Appeal |
| 11 | 65 | October 2, 2026 | Order Denying Defendant 434 N. Orange Investment, LLC's Motion to Reconsider |
| 12 | 66 | October 2, 2026 | Order Granting Plaintiffs' Motion for Preliminary Injunction |
| 13 | n/a | September 29, 2026 | Transcript of Proceedings (Order Submitted) |
| 14 | n/a | n/a | Bankruptcy Court Docket |

Dated: October 15, 2026

Respectfully submitted

/s/ Maurice B. VerStandig

Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, the foregoing notice of appeal was filed using the CM/ECF system, which served a NEF on all parties receiving such service in this case.

/s/ Maurice B. VerStandig
Maurice B. VerStandig