Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
Phone: (301) 444-4600 / E-mail: mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>VELOCITY ESPORTS, INC.,<br><br>□ Affects Velocity Esports, Inc.<br>□ Affects Velocity Esports Las Vegas Town Square, LLC<br>□ Affects Velocity Esports Chicago Schaumburg, LLC<br>□ Affects Velocity Esports Newport Kentucky, LLC<br>□ Affects Velocity Esports Orlando Downtown, LLC<br>■ Affects All Debtors | Case No. 25-12627-mkn<br><br>Jointly Administered with<br>Case No. 25-12628-mkn<br>Case No. 25-12629-mkn<br>Case No. 25-12630-mkn<br>Case No. 25-12631-mkn<br><br>Chapter 11 |
| 434 N. ORANGE INVESTMENT, LLC, a Delaware limited liability company;<br><br>Appellant,<br><br>v.<br><br>VELOCITY ESPORTS, INC., a Nevada corporation, VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, a Nevada limited liability company, VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, an Illinois limited liability company, VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, a Kentucky limited liability company, and VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, a Florida limited liability company,<br><br>Appellees. | Adv. No. 26-01075-mkn<br><br>BAP No. NV-26-1235 |

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF RECORD ON APPEAL

Comes now 434 N. Orange Investment, LLC ("434 N. Orange" or the "Appellant"), by and through undersigned counsel, pursuant to Federal Rule of Bankruptcy Procedure 8009, and provides as follows:

### Statement of Issues to be Presented on Appeal

1. Whether a section 105 injunction may be entered for purely pecuniary purposes;

2. Whether a section 105 injunction may be utilized solely to permit a debtor to gratuitously receive a third party's monies before they are garnished by a judgment creditor; and

3. Whether the bankruptcy court erred in entering a preliminary injunction on the record in this case.

### Designation of Record on Appeal

| Item Number | Docket Entry | Date | Title |
|---|---|---|---|
| 1 | 1 | May 29, 2026 | Verified Adversary Complaint |
| 2 | 3 | May 29, 2026 | Plaintiffs' Emergency Motion for Entry of Temporary Restraining Order, Preliminary Injunction, and Related Relief Preserving Court-Supervised Plan-Support Funding Under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 7065, and Fed. R. Civ. P. 65 |
| 3 | 37 | July 23, 2026 | Opposition to Motion for Injunctive Relief |
| 4 | 38 | August 5, 2026 | Plaintiffs' Reply in Support of Motion for Preliminary Injunction |
| 5 | 41 | August 7, 2026 | Plaintiffs' Supplemental Motion to Approve and Implement Leonard R. Wanger's Binding Irrevocable Plan Support Contribution; to Authorized Specified Direct Disbursements from |

| | | | |
|---|---|---|---|
| | | | Restricted Merrill Lynch and Bank of America Funds; and for Related Relief |
| 6 | 51 | September 23, 2026 | Order Granting Supplemental Funding Motion and Directing Transfer of Restricted Merrill Lynch Funds |
| 7 | 52 | September 24, 2026 | Motion for Relief from Final order |
| 8 | 55 | September 25, 2026 | Plaintiffs' Opposition to Orange's Motion for Relief from Final order |
| 9 | 56 | September 25, 2026 | Plaintiffs' Supplemental Reply in Support of Motion for Preliminary Injunction |
| 10 | 60 | October 1, 2026 | Notice of Appeal |
| 11 | 65 | October 2, 2026 | Order Denying Defendant 434 N. Orange Investment, LLC's Motion to Reconsider |
| 12 | 66 | October 2, 2026 | Order Granting Plaintiffs' Motion for Preliminary Injunction |
| 13 | n/a | September 29, 2026 | Transcript of Proceedings (Order Submitted) |
| 14 | n/a | n/a | Bankruptcy Court Docket |

Dated: October 15, 2026

Respectfully submitted

/s/ Maurice B. VerStandig
Maurice B. VerStandig, Esq.
Nevada Bar No. 15346
The VerStandig Law Firm, LLC
1452 W. Horizon Ridge Pkwy, #665
Henderson, Nevada 89012
(301) 444-4600
mac@mbvesq.com
*Counsel for 434 N. Orange Investment, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 15, 2026, the foregoing notice of appeal was filed using the CM/ECF system, which served a NEF on all parties receiving such service in this case.

/s/ Maurice B. VerStandig
Maurice B. VerStandig