# TRANSCRIPT ORDER FORM - U.S. BANKRUPTCY COURT DISTRICT OF NEVADA

| | | | |
|---|---|---|---|
| **1. Name of Person Requesting Transcript:** Maurice VerStandig | **2. Phone Number:** 301-444-4600 | **Date:** 10/15/2026 | **For Court Use Only:** Due Date:______________ |
| **3. Contact E-Mail:** mac@mbvesq.com | **4. Address:** 1452 W. Horizon Ridge Pkwy. | **5. City:** Henderson | **6. State:** NV / **7. Zip Code:** 89012 |
| **8. Bankruptcy Case Name:** Velocity Esports, Inc. | **9. Bankruptcy Case # and Judge's Initials:** 25-12627-mkn<br>**10. Adversary Case # and Judge's Initials:** *(if applicable)* 26-01075-mkn | **11. Proceeding Hearing Date(s):** September 29, 2026<br>**12. Proceeding Hearing Time(s):** 9:30 am; 2:30 pm | **NOTE:** To request a Transcript of the 341 Meeting of Creditors, contact:<br>**U.S. Trustee:** For Chapter 7, 11, or 13, Las Vegas and Reno |
| **13. Portions Requested:** | Entire Hearing: ☑ | Opening Statements: ☐ | Closing Statements: ☐ |
| Other (specify) ☐ ______________ | Testimony (Specify Witness) ☐ 1.______ 2.______ 3.______ 4.______ | | |

| **14. CATEGORY:** *NOTE: If ordering both certified hard copy and electronic copies, there will be an additional charge.* | | **CERTIFIED ORIGINAL TRANSCRIPT E-FILED** *(Viewable on court docket)* | **CERTIFIED HARD COPY** *(Available upon request)* |
|---|---|---|---|
| 30-DAY (ORDINARY) | **$4.40 per Page** | ☐ | ☐ |
| 14-DAY | **$5.10 per Page** | ☑ | ☐ |
| 7-DAY (EXPEDITED) | **$5.85 per Page** | ☐ | ☐ |
| 3-DAY | **$6.55 per Page** | ☐ | ☐ |
| NEXT-DAY (DAILY) *(With approval from transcript company prior to ordering)* | **$7.30 per Page** | ☐ | ☐ |

**E-Mail Transcript** ☑ **ASCII Format** ☐

**NOTE: Cost based on estimated page count will be provided by the Transcript company.**

| | |
|---|---|
| **15. SIGNATURE** ***By signing, I certify that I will pay all charges (deposit plus any additional charges):*** *Mac VerStandig* | **All Payments are processed by the transcript company. The U.S. Bankruptcy Court does NOT accept payments for transcripts.** |
| **16. DATE SIGNED:** 10/15/26 | **PROCESSED BY:** |

**DO NOT WRITE BELOW THIS LINE. FOR COURT USE ONLY.**

| | | |
|---|---|---|
| **TRANSCRIPT TO BE PREPARED BY:**<br>❑ **Access Transcripts, LLC**<br>❑ ______________ | ❑ **U. S. BANKRUPTCY COURT ECR DEPARTMENT 300 LAS VEGAS BLVD S. LAS VEGAS, NV 89101 (702) 527-7159** | ❑ **U. S. BANKRUPTCY COURT ECR DEPARTMENT 300 BOOTH STREET RENO, NV 89509 (775) 326-2103** |

| | |
|---|---|
| **ORDER RECEIVED:** | **ZIPPED FILES UPLOADED: AUDIO/CALENDAR/LOG NOTES** |
| **RECORDING TIMES:** | **TRANSCRIPT ORDER FORM:** **UPLOADED** ❑ **E-MAILED** ❑ |
| **NOTES:** | **E-FILED ON:** **DOCKET ENTRY #** |