intuit quickbooks

Payment receipt

# You paid $265.20

to Access Transcripts, LLC on 10/15/2026

| | |
|---|---|
| Invoice no. | 19643 |
| Invoice amount | $265.20 |
| **Total** | **$265.20** |

| | |
|---|---|
| Status | Paid |
| Payment method | MASTERCARD****0258 |
| Authorization ID | 10AK5CFUFG9S |

Thank you

ACCESS TRANSCRIPTS, LLC 1-855-USE-ACCESS

**Access Transcripts, LLC**

+18558732223

www.accesstranscripts.com | accesstranscripts@gmail.com
10110 Youngwood Ln, Fishers, IN 46038-7167

No additional transfer fees or taxes apply.

Intuit Payments Inc (IPI) processes payments as an agent of the business. Payments processed by IPI constitutes payment to the business and satisfies your obligation to pay the business, including in connection with any dispute or case, in law or equity. Money movement services are provided by IPI pursuant to IPI's licenses (NMLS #1098819, https://www.intuit.com/legal/licenses/payment-licenses). IPI is located at 2700 Coast Avenue, Mountain View, CA 94043, 1-888-536-4801.