NVB 9037−1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

VELOCITY ESPORTS, INC. (LEAD CASE),
Debtor(s)

BK−25−12627−mkn
CHAPTER 11

Adversary Proceeding: 26−01075−mkn

VELOCITY ESPORTS, INC., A NEVADA CORPORATION
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, A NEVADA LIMITED LIABILITY COMPANY
VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY
VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, A KENTUCKY LIMITED LIABILITY COMPANY
VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, A FLORIDA LIMITED LIABILITY COMPANY
Plaintiff(s)

vs

434 N. ORANGE INVESTMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SOLEY AS NOMINAL GARNISHEE AND STAKEHOLDER DEFENDANT FOR PURPOSES OF NOTICE AND IMPLEMENTATION OF INJUNCTIVE RELIEF
Defendant(s)

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on October 28, 2026 as referenced in the following document:

***81*** − Transcript regarding Hearing Held on 09/29/26. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber ACCESS TRANSCRIPTS, LLC, Telephone number 855−873−2223. Purchasing Party: Maurice VerStandig. Redaction Request Due By 11/18/2026. Redacted Transcript Submission Due By 11/30/2026. Transcript access will be restricted through 01/26/2027. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is November 18, 2026.

If a Request for Redaction is filed, the redacted transcript is due November 30, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 26, 2027, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/28/26

Dan Owens
Clerk of Court