United States Bankruptcy Court
District of Nevada

VELOCITY ESPORTS, INC., A NEVADA CORPORA,
Plaintiff
Adv. Proc. No. 26-01075-mkn
434 N. ORANGE INVESTMENT, LLC, A DELAWAR,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: adiaptrn Total Noticed: 7

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| dft | 434 N. ORANGE INVESTMENT, LLC, A DELAWAR, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808-1674 |
| dft | MERRILL LYNCH, PIERCE, FENNER & SMITH IN, C/O C T CORPORATION SYSTEM, REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, SUITE 250 PLANTATION, FL 33324-4459 |
| pla | VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, 6587 LAS VEGAS BLVD S UNIT 171, LAS VEGAS, NV 89119-3234 |
| pla | VELOCITY ESPORTS LAS VEGAS TOWN SQUARE,, 6587 LAS VEGAS BLVD S UNIT 171, LAS VEGAS, NV 89119-3234 |
| pla | VELOCITY ESPORTS NEWPORT KENTUCKY, LLC,, 1 LEVEE WAY STE 2130, ATTN: RIVERWALK LEVEL INSIDE THE GALLERY, NEWPORT, KY 41071-1658 |
| pla | VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC,, 6587 LAS VEGAS BLVD S UNIT 171, LAS VEGAS, NV 89119-3234 |
| pla | VELOCITY ESPORTS, INC., A NEVADA CORPORA, 6587 LAS VEGAS BLVD S UNIT 171, LAS VEGAS, NV 89119-3234 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 28, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS ORLANDO DOWNTOWN LLC, A FLORIDA LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS CHICAGO SCHAUMBURG LLC, AN ILLINOIS LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |

| | |
|---|---|
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS LAS VEGAS TOWN SQUARE LLC, A NEVADA LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS NEWPORT KENTUCKY LLC, A KENTUCKY LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS INC., A NEVADA CORPORATION mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MAURICE VERSTANDIG | on behalf of Defendant 434 N. ORANGE INVESTMENT LLC, A DELAWARE LIMITED LIABILITY COMPANY mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 6

NVB 9037−1 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

VELOCITY ESPORTS, INC. (LEAD CASE),
Debtor(s)

BK−25−12627−mkn
CHAPTER 11

Adversary Proceeding: 26−01075−mkn

VELOCITY ESPORTS, INC., A NEVADA CORPORATION
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, A NEVADA LIMITED LIABILITY COMPANY
VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY
VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, A KENTUCKY LIMITED LIABILITY COMPANY
VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, A FLORIDA LIMITED LIABILITY COMPANY
Plaintiff(s)

vs

434 N. ORANGE INVESTMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SOLEY AS NOMINAL GARNISHEE AND STAKEHOLDER DEFENDANT FOR PURPOSES OF NOTICE AND IMPLEMENTATION OF INJUNCTIVE RELIEF
Defendant(s)

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on October 28, 2026 as referenced in the following document:

***81*** − Transcript regarding Hearing Held on 09/29/26. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber ACCESS TRANSCRIPTS, LLC, Telephone number 855−873−2223. Purchasing Party: Maurice VerStandig. Redaction Request Due By 11/18/2026. Redacted Transcript Submission Due By 11/30/2026. Transcript access will be restricted through 01/26/2027. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is November 18, 2026.

If a Request for Redaction is filed, the redacted transcript is due November 30, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 26, 2027, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/28/26

Dan Owens
Clerk of Court