United States Bankruptcy Court
District of Nevada

VELOCITY ESPORTS, INC., A NEVADA CORPORA,
Plaintiff

Adv. Proc. No. 26-01075-mkn

434 N. ORANGE INVESTMENT, LLC, A DELAWAR,
Defendant

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 2
Date Rcvd: Nov 02, 2026 Form ID: apready Total Noticed: 7

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 03 2026 00:55:00 | DONNA LEE JENSEN, OFFICE OF THE UNITED STATES TRUSTEE, 235 PINE STREET, STE 700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: jared.a.day@usdoj.gov | Nov 03 2026 00:55:00 | JARED A DAY, OFFICE OF THE U.S. TRUSTEE, 300 BOOTH STREET, #3009, RENO, NV 89509-1362 |
| ust | | Email/Text: John.Nemecek@USDOJ.GOV | Nov 03 2026 00:55:00 | JOHN W. NEMECEK, DOJ-UST, 301 NORTH MAIN STREET, STE 1150, WICHITA, KS 67202 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Nov 03 2026 00:55:00 | NICHOLAS STROZZA, 300 BOOTH ST RM 3009, RENO, NV 89509-1362 |
| ust | | Email/Text: cameron.m.gulden@usdoj.gov | Nov 03 2026 00:55:00 | CAMERON M. GULDEN, DOJ-UST, 300 BOOTH STREET, ROOM 3009, RENO, NV 89509 |
| ust | + | Email/Text: ustpregion17.sf.ecf@usdoj.gov | Nov 03 2026 00:55:00 | TRACY HOPE DAVIS, OFFICE OF THE U.S. TRUSTEE, 235 PINE ST #700, SAN FRANCISCO, CA 94104-2759 |
| ust | + | Email/Text: USTPRegion17.RE.ECF@usdoj.gov | Nov 03 2026 00:55:00 | WILLIAM B COSSITT, U.S. TRUSTEE'S OFFICE, 300 BOOTH ST, #3009, RENO, NV 89509-1360 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | | EOUST |
| ust | | LINDA EKSTROM STANLEY, NA, NA 0 |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 02, 2026 | Form ID: apready | Total Noticed: 7 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 04, 2026 Signature: /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS ORLANDO DOWNTOWN LLC, A FLORIDA LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS LAS VEGAS TOWN SQUARE LLC, A NEVADA LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS CHICAGO SCHAUMBURG LLC, AN ILLINOIS LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS INC., A NEVADA CORPORATION mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MATTHEW I KNEPPER | on behalf of Plaintiff VELOCITY ESPORTS NEWPORT KENTUCKY LLC, A KENTUCKY LIMITED LIABILITY COMPANY mknepper@nvbankruptcyattorneys.com, ecf@nvbankruptcyattorneys.com;fhqxmnna@mailparser.io;NevadaBankruptcyAttorneysLLC@jubileebk.net;Knepper.MatthewB146287@notify.bestcase.com;lu@nvbankruptcyattorneys.com;matthew.knepper@ecf.courtdrive.com;8076479420@filing |
| MAURICE VERSTANDIG | on behalf of Defendant 434 N. ORANGE INVESTMENT LLC, A DELAWARE LIMITED LIABILITY COMPANY mac@mbvesq.com, lisa@mbvesq.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email |

TOTAL: 6

NVB 8010–3 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

VELOCITY ESPORTS, INC. (LEAD CASE),
Debtor(s)

BK–25–12627–mkn
CHAPTER 11

Adversary Proceeding: 26–01075–mkn

VELOCITY ESPORTS, INC., A NEVADA CORPORATION
VELOCITY ESPORTS LAS VEGAS TOWN SQUARE, LLC, A NEVADA LIMITED LIABILITY COMPANY
VELOCITY ESPORTS CHICAGO SCHAUMBURG, LLC, AN ILLINOIS LIMITED LIABILITY COMPANY
VELOCITY ESPORTS NEWPORT KENTUCKY, LLC, A KENTUCKY LIMITED LIABILITY COMPANY
VELOCITY ESPORTS ORLANDO DOWNTOWN, LLC, A FLORIDA LIMITED LIABILITY COMPANY
Plaintiff(s)

Appeal Reference Number: 26–32
BAP Number: 26–1234

CERTIFICATE OF READINESS TO BANKRUPTCY APPELLATE PANEL

vs

434 N. ORANGE INVESTMENT, LLC, A DELAWARE LIMITED LIABILITY COMPANY
MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED, SOLEY AS NOMINAL GARNISHEE AND STAKEHOLDER DEFENDANT FOR PURPOSES OF NOTICE AND IMPLEMENTATION OF INJUNCTIVE RELIEF
Defendant(s)

434 N. ORANGE INVESTMENT, LLC
Appellant(s)

vs

VELOCITY ESPORTS INC et al
Appellee(s)

To: Bankruptcy Appellate Panel
125 South Grand Avenue,
Pasadena, CA 91105

The undersigned Clerk of Court of the U.S. Bankruptcy Court certifies that the Statement of Issues, Designation of Record, and transcripts have been filed, and the record on appeal is complete.

Dated: 11/2/26

Dan Owens

Dan Owens
Clerk of Court